UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARLA R. BLACKLEDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 1:20-cv-1436 |
| DOLGENCORP, LLC d/b/a | ) |
| DOLLAR GENERAL | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Dolgencorp, LLC d/b/a Dollar General (hereinafter "Defendant"), by counsel, hereby files this Notice of Removal to remove the above-entitled civil action from the Superior Court of Hamilton County, Indiana, to this Court based upon the following supporting grounds, appearing solely for the purpose of removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

1. Copies of all process and pleadings filed and/or received by Defendant and the docket sheet for the Hamilton County Superior Court action, as of May 21, 2020, are attached hereto and incorporated herein as Exhibit 1.

2. Dolgencorp, LLC is a defendant in a Complaint filed in the Hamilton County Superior Court, entitled *Carla R. Blackledge v. Dolgencorp, LLC d/b/a Dollar General*, under Case No. 29D02-2004-CT-002952, a copy of which is attached hereto as Exhibit 2.

3. Plaintiff, Carla Blackledge (hereinafter "Plaintiff"), filed her Complaint on April 14, 2020. In her Complaint, Plaintiff alleges damages arising from an incident on March 6, 2019, in which she fell while inside a Dollar General store located in Hamilton County, Indiana. Plaintiff alleges that she "fell as the result of a dangerous condition" that existed on the floor of the store and that Defendant was negligent in failing to use reasonable care in the inspection and maintenance of its premises.

4. A summons and copy of the Complaint were served on Defendant by certified mail on April 22, 2020. Thus, this notice of removal is being filed within thirty (30) days after Plaintiff's service of the initial pleading in this matter on Defendant and is therefore timely under 28 U.S.C. §1446(b).

5. Plaintiff's Complaint provides that Plaintiff is a resident of Arcadia, Indiana. Therefore, Plaintiff is a citizen of Indiana.

6. Defendant Dolgencorp, LLC is a foreign limited liability company. The sole member of Dolgencorp, LLC is Dollar General Corporation. Dollar General Corporation is incorporated in Tennessee and has its principal place of business in Tennessee. Therefore, Dolgencorp, LLC is a citizen of Tennessee.

7. "A case falls within the federal district court's 'original' diversity 'jurisdiction' only if diversity of citizenship among parties is complete, *i.e.*, only if there is no plaintiff and no defendant who are citizens of the same State." *Wis. Dep't of Corrections v. Schacht*, 524 U.S. 381, 388 (1998). Because Plaintiff and Defendant are citizens of different states, there is complete diversity of citizenship between the parties in accordance with 28 U.S.C. § 1332(a).

8. Plaintiff's Complaint provides no information regarding the value of her claims. However, Plaintiff alleges that he sustained permanent injuries and "has incurred medical expenses and other special expenses and will incur future medical expenses and other special expenses" as a result of her fall. Counsel for Plaintiff provided additional information indicating that Plaintiff injured her knee as a result of the subject fall. Plaintiff declined to stipulate that her damages do not exceed $75,000. Therefore, based on the information available to Defendant, the alleged damages in this case exceed $75,000.

9. "[T]he proponent of [federal] jurisdiction . . . has the burden of showing by a preponderance of the evidence facts that suggest the amount-in-controversy requirement is met. That is easier said than done when the plaintiff, the master of the complaint . . . provides little information about the value of her claims. In such a case, a good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence. Once the defendant in a removal case has established the requisite amount in controversy, the plaintiff can defeat [federal] jurisdiction only if 'it appears to a legal certainty that the claim is really for less than the jurisdictional amount.'" *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006) (internal citations omitted). Thus, based on the information available, the amount in controversy exceeds $75,000, exclusive of interests and costs required under 28 U.S.C. § 1332(a).

10. Accordingly, the requirements for complete diversity and amount in controversy are satisfied, and this court has original jurisdiction pursuant to 28 U.S.C. § 1332(a). This case is subject to removal in accordance with the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens domiciled in different states and the

preponderance of the evidence shows that the amount in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

11. Because the state court action was filed in Hamilton County, Indiana, the District Court for the Southern District of Indiana, Indianapolis Division, is the proper venue. *See* 28 U.S.C. §§ 1441(a) and 94(b)(3).

12. On May 21, 2020, a Notice of Filing of this Notice of Removal will be filed with the Hamilton County Superior Court via that court's electronic filing system, and will be served upon all counsel in this action. A copy of that Notice is attached hereto as Exhibit 3.

WHEREFORE, the Defendant, Dolgencorp, LLC d/b/a Dollar General, by counsel, respectfully gives notice that this civil action is removed to this Court from the Hamilton County Superior Court.

Respectfully submitted,

/s/ *R. Gregory Sylvester*
R. Gregory Sylvester (#30156-29)
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: 317-663-8570
F: 317-228-0943
gsylvester@reminger.com
***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 19, 2020, the foregoing document has been filed electronically with the Hamilton Superior Court and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System.

Anthony W. Patterson
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
225 West Main Street
Post Office Box 668
Lebanon, Indiana 46052

            */s/ R. Gregory Sylvester*
            R. Gregory Sylvester (#30156-29)
            REMINGER CO., L.P.A.