29D02-2004-CT-002952

Hamilton Superior Court 2

Filed: 4/15/2020 11:46 AM
Clerk
Hamilton County, Indiana

| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. _____ |

| CARLA R. BLACKLEDGE, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOLGENCORP, LLC, d/b/a | ) |
| DOLLAR GENERAL, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

Carla R. Blackledge, by counsel, hereby files her Complaint for Damages against Defendant DOLGENCORP, LLC, d/b/a Dollar General, in this matter. In support of this Complaint, the Plaintiff states as follows:

1. Plaintiff is and was at all times relevant hereto a resident of Arcadia, Indiana.

2. Defendant DOLGENCORP, LLC d/b/a Dollar General, ("Dollar General") is and was at all times relevant hereto a Limited Liability Company conducting business in the State of Indiana.

3. At all times relevant hereto, Defendant Dollar General, operated a store located at 1080 South Peru Street, Cicero, Indiana 46034 ("the Property").

4. At all times relevant hereto, the Defendant had an obligation to maintain the property in a reasonably safe condition for the safety of its customers and business invitees.

5. On or about March 6, 2019, Plaintiff visited the Defendant's business as a customer and business invitee.



EXHIBIT 2

6. On or about that date, the Defendant owed a duty to Plaintiff to maintain the Property in a reasonably safe condition and to inspect for unsafe conditions and warn of any dangerous conditions on the Property.

7. On or about that date, the Defendant, by and through their agents and employees failed to maintain the Property in a reasonably safe condition.

8. As a result of the Defendant's failure to maintain its property in a reasonably safe condition and to warn the Plaintiff of the dangerous condition, the Plaintiff was injured when she fell as a result of the dangerous condition on the Property.

9. As a result of Plaintiff's injuries resulting from the Defendant's negligence, the Plaintiff suffered damages including, but not limited to, personal and physical injuries, medical expenses, mental anguish, physical pain and emotional suffering, loss of enjoyment of life, and scarring and disfigurement.

10. The Defendant is liable to the Plaintiff for all damages proximately caused by the Defendants' negligence.

WHEREFORE, Plaintiff Carla R. Blackledge prays for judgment against Defendant DOLGENCORP, LLC, d/b/a Dollar General, in an amount adequate to compensate Plaintiff for the losses she has endured, including but not limited to compensation for personal and physical injuries, medical expenses, mental anguish, physical pain and emotional suffering, loss of enjoyment of life, and scarring and disfigurement and for all other just and proper relief in the premises.

Respectfully submitted,

PARR RICHEY FRANDSEN PATTERSON KRUSE LLP

Attorneys for Plaintiff


By /s/   Anthony W. Patterson
        Anthony W. Patterson, 17497-53


## REQUEST FOR JURY TRIAL

Plaintiff, by counsel and pursuant to Ind. Trial Rule 38, hereby requests a trial by jury in this cause.


Respectfully submitted,

PARR RICHEY FRANDSEN PATTERSON KRUSE LLP

Attorneys for Plaintiff


By /s/   Anthony W. Patterson
        Anthony W. Patterson, 17497-53


Anthony W. Patterson, 17497-53
PARR RICHEY FRANDSEN
 PATTERSON KRUSE LLP
225 West Main Street
Post Office Box 668
Lebanon, Indiana  46052
Telephone:  (765) 482-0110
            (317) 269-2509
Facsimile:  (765) 483-3444
E-mail:     tpatterson@parrlaw.com
1392303

3